## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHANTA BETHEL o/b/o C.B., a minor, *Plaintiff*, v. ANDREW SAUL, *Defendant*. | Civil Action No. 18-247 (TJK) |

## ORDER

On February 28, 2021, Magistrate Judge Zia M. Faruqui entered a Report and Recommendation ("R&R") concerning Plaintiff's motion for attorney's fees (ECF No. 26). To date, no objections to the Report and Recommendation have been filed, and the time to file such an objection has lapsed. Local Civil Rule 72.3(b). Thus, any objections are deemed waived. *See, e.g.*, *Thomas v. Arn*, 474 U.S. 140, 149-55 (1985).

The Court, upon independent consideration of the pending motion and the entire record herein, concurs with the recommendations made in the Report and Recommendation. Accordingly, it is hereby

**ORDERED** that the Report and Recommendation, ECF No. 33, is **ADOPTED** in its entirety; it is further

**ORDERED** that for the reasons stated in the Report and Recommendation, Plaintiffs' Motion for Attorney's Fees and Costs, ECF No. 26, is **GRANTED IN PART** and **DENIED IN PART**; it is further

**ORDERED** that for the reasons stated in the Report and Recommendation, the Defendant shall pay to Plaintiff attorney's fees for 65.93 hours at a rate of $205 per hour, for a total of $13,515.65; and it is further

**ORDERED** that the Defendant shall make these payments to Plaintiffs by July 31, 2021, unless the parties reach an alternative mutually agreeable date.

**SO ORDERED.**

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: May 4, 2021